IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID M. EDWARDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., PHH MORTGAGE CORPORATION, and FIRST MERCHANTS BANK,<br><br>　　　　Defendants. | Case No. 1:17-CV-03096-RLM-MPB |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
MOTION FOR DETERMINATION OF BAD FAITH AND SANCTIONS**

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned attorneys, and pursuant to 15 U.S.C. § 1681n(c), 28 U.S.C. § 1927, and this Court's inherent authority, hereby moves for an order of sanctions and award of attorney's fees against Plaintiff's counsel, Barker Hancock & Cohron ("BHC"). In support of its Motion, Experian submits its Memorandum of Law, filed contemporaneously herewith, and incorporates the same as if fully set forth herein.

WHEREFORE, Defendant Experian Information Solutions, Inc. respectfully requests that the Court sanction BHC and award Experian its fees associated with this case.

Dated this 13th day of December, 2017　　　　/s/ Caitlin S. Schroeder
　　　　　　　　　　　　　　　　　　　　　　　　Todd A. Dixon
　　　　　　　　　　　　　　　　　　　　　　　　Caitlin S. Schroeder
　　　　　　　　　　　　　　　　　　　　　　　　BARNES & THORNBURG LLP
　　　　　　　　　　　　　　　　　　　　　　　　11 S. Meridian Street
　　　　　　　　　　　　　　　　　　　　　　　　Indianapolis, Indiana 46204
　　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (317) 236-1313
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:   (317) 231-7433

todd.dixon@btlaw.com
caitlin.schroeder@btlaw.com

Jason Z. Zhou
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL 60601
Telephone: (312) 782-3939
Facsimile:  (312) 782-8585
jzhou@jonesday.com

*Counsel for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

/s/ *Caitlin S. Schroeder*

DMS 11240430v1

2