UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID M. EDWARDS, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) CAUSE NO. 1:17-CV-3096-RLM-MPB ) |
| EQUIFAX INFORMATION SERVICES, LLC, *et al.*, | ) ) ) |
| Defendants | ) |

## ORDER ADOPTING RECOMMENDATION

On March 13, 2018, Magistrate Judge Matthew Brookman entered his report and recommendation on defendant Experian's motion for determination of bad faith and sanctions, and Mr. Edwards's cross-motion for sanctions [Doc. No. 66]. The parties had fourteen days to file any objections to the Magistrate Judge's recommendation, and those fourteen days have passed with no objections being filed. The court now substantially adopts the Magistrate's recommendation as follows:

Experian's motion for sanctions [Doc. No. 42] is DENIED; and Mr. Edwards's motion for cross-sanctions [Doc. No. 51] is DENIED.

SO ORDERED.

ENTERED:   April 11, 2018

/s/ Robert L. Miller, Jr.
Judge
United States District Court

Electronically distributed to all
counsel of record via CM/ECF